IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02537-CMA-BNB

JEFFREY A. FINGERT,

    Plaintiff,

v.

THE WESTERN SUGAR COOPERATIVE, and
INDER MATHUR, CEO, Corporate Officer of The Western Sugar Cooperative,

    Defendants.

---

**ORDER AFFIRMING JUNE 21, 2012 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the June 21, 2012 Recommendation by United States Magistrate Judge Boyd N. Boland that Defendant The Western Sugar Cooperative's Motion to Dismiss Plaintiff's Title VII Complaint (Doc. # 5) and Defendant Inder Mathur's Motion to Dismiss Plaintiff's Title VII Complaint (Doc. # 8) be granted. (Doc. # 16.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 16 at 4 n.5.) Despite this advisement, no objections to Magistrate Judge Boland's Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing

*Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

The Court has reviewed all the relevant pleadings concerning Defendant Western Sugar Cooperative and Defendant Mathur's motions to dismiss, as well as Magistrate Judge Boland's Recommendation. Based on this review, the Court concludes that Magistrate Judge Boland's analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Boland as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 16) is AFFIRMED and ADOPTED.

It is FURTHER ORDERED that Defendant The Western Sugar Cooperative's Motion to Dismiss Plaintiff's Title VII Complaint (Doc. # 5) and Defendant Inder Mathur's Motion to Dismiss Plaintiff's Title VII Complaint (Doc. # 8) are GRANTED.

This case is now DISMISSED in its entirety.

DATED: July   12  , 2012

                                                          BY THE COURT:

                                                          CHRISTINE M. ARGUELLO
                                                          United States District Judge